1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

OLD REPUBLIC INSURANCE COMPANY, )
             )
      Plaintiff(s),     )   Case No. 2:16-cv-00903-JCM-NJK
             )
vs.            )
             )   ORDER
CITY PLAN DEVELOPMENT, INC., et al., )
             )   (Docket No. 40)
      Defendant(s).    )
_____ )

    Pending before Court is the parties' joint proposed discovery plan.  Docket No. 40.  Pursuant to Local Rule 26-1(a), the parties have submitted competing proposals for the scheduling order.  *Id.* at 2-3.  Having reviewed both parties' proposals, the Court agrees with Plaintiff that the presumptive discovery period is appropriate in the instant case.  The Court therefore issues the following scheduling order:

    •    Discovery Cut-off: November 21, 2016

    •    Amending the Pleadings and Adding Parties Deadline: August 23, 2016

    •    Initial Expert Disclosures Deadline: September 22, 2016

    •    Rebuttal Expert Disclosure Deadline: October 24, 2016

    •    Dispositive Motion Deadline: December 21, 2016

1          •      Pretrial Order Deadline: January 20, 2017. If dispositive motions are filed, the deadline

2                  for filing the joint pretrial order will be suspended until 30 days after decision on the

3                  dispositive motions or further order of the Court.

4     IT IS SO ORDERED.

5     DATED: July 26, 2016

6                                                    _____

7                                                    NANCY J. KOPPE
                                                     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28