# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CITY PLAN DEVELOPMENT, INC., et al.,  )<br>  )<br>Defendants.  )<br>  ) | Case No. 2:16-cv-00903-JCM-NJK<br><br>ORDER RE: MOTION TO STRIKE<br><br>(Docket No. 49) |

Pending before the Court is Defendants' motion to strike an exhibit that Plaintiff included in its response to Defendant's motion to dismiss. Docket No. 49. Plaintiff filed a response to the motion to strike, Docket No. 51, and Defendants filed a reply, Docket No. 52. Defendants' motion to strike relates to a dispositive motion pending before United States District Judge James C. Mahan. *See* Docket Nos. 21, 49. Judge Mahan will dispose of the dispositive motion, and any related motions, as he sees fit.

Accordingly, the Court hereby **DENIES** Defendants' motion to strike. Docket No. 49.

IT IS SO ORDERED.

DATED: September 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge