# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> CITY PLAN DEVELOPMENT, INC., et al, <br><br> Defendants. | Case No. 2:16-cv-00903-JCM-NJK <br><br> ORDER |

The parties in this case have filed several discovery notices. Docket Nos. 56, 57, 58, 59, 61, 64, 65, 66. Discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). Because the above documents were filed in violation of the rules, they shall be **STRICKEN** by the Clerk.

The Court **ORDERS** counsel to cease filing discovery documents on the docket. Failure to abide by this order and the applicable rules may result in sanctions.

IT IS SO ORDERED.

DATED: November 4, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge