Charles W. Bennion (Nevada Bar No. 5582)
ELLSWORTH & BENNION, CHTD.
777 N. Rainbow Blvd., Suite 270
Las Vegas, Nevada 89107
Telephone: (702) 658-6100
Facsimile:  (702) 658-2502
Email: charles@silverstatelaw.com

Patrick F. Welch (Nevada Bar No. 13278)
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911
Facsimile:  (602) 495-2784
Email: pwelch@jsslaw.com

Attorneys for Plaintiff
Old Republic Insurance Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff<br><br>vs.<br><br>CITY PLAN DEVELOPMENT, INC. dba SAVI CONSTRUCTION, a Nevada corporation; and ERNESTO J. SAVINO and CYNTHIA WILSON aka CYNTHIA SAVINO, Nevada individuals and individually and as husband and wife,<br><br>Defendants | No. 2:16-cv-00903<br><br>**STIPULATED MOTION TO CONTINUE BRIEFING SCHEDULE IN RESPONSE TO OCTOBER 26, 2016 ORDER TO SHOW CAUSE**<br><br>**(Third Request)** |

Pursuant to LR 6-1, Old Republic Insurance Company ("Old Republic") and Defendants City Plan Development, Inc. dba Savi Construction, Ernesto J. Savino and Cynthia Wilson aka Cynthia Savino (collectively "Defendants"), through their respective undersigned counsel, hereby stipulate and agree to extend the deadline for Old Republic to respond to the Court's Order to Show Cause [ECF No. 60; filed on October 26, 2016] until December 30, 2016.  Consistent with the Court's Order to Show Cause, Defendants shall

5477744v1(63065.25)

have seven days thereafter to file their response.  No reply shall be filed.

The parties continue to discuss a possible resolution of Old Republic's claims against Defendants and Defendants' claims against Old Republic that would result in a dismissal of this action, and the proposed extension of time will provide the parties with additional time to complete their settlement discussions before incurring additional attorneys' fees and using the Court's time and resources.  A proposed form of Order is submitted herewith.

Dated this 29th day of November, 2016.

**JENNINGS, STROUSS & SALMON, PLC**

By: */s/ Patrick F. Welch*
Patrick F. Welch (Nevada Bar No. 13278)
One East Washington, Suite 1900
Phoenix, Arizona 85004-2554
*Attorneys for Plaintiff Old Republic Insurance Company*

**SHUMWAY VAN**

By: */s/ Brent D. Huntley* (with permission)
Michael C. Van, Esq. (Nevada Bar No. 3876)
Brent D. Huntley, Esq. (Nevada Bar No. 12405)
8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

☒ I hereby certify that on November 29, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing on all attorneys of records and any nonparties who have requested notice.

☐ I hereby certify that on _____, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

By */s/ A. Saldivar*

5477744v1(63065.25)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff<br><br>vs.<br><br>CITY PLAN DEVELOPMENT, INC. dba SAVI CONSTRUCTION, a Nevada corporation; and ERNESTO J. SAVINO and CYNTHIA WILSON aka CYNTHIA SAVINO, Nevada individuals and individually and as husband and wife,<br><br>Defendants | No. 2:16-cv-00903<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE BRIEFING SCHEDULE IN RESPONSE TO OCTOBER 26, 2016 ORDER TO SHOW CAUSE**<br><br>**(Third Request)** |

Pursuant to the parties' Stipulated Motion to Continue Briefing Schedule in Response to the Court's October 26, 2016 Order to Show Cause ("Order"), and good cause appearing therefor;

IT IS HEREBY ORDERED that the time for Plaintiff Old Republic Insurance Company to file its response to the Court's Order [ECF No. 60; filed on October 26, 2016] (currently due November 30, 2016) is continued to December 30, 2016.

IT IS HEREBY FURTHER ORDERED that Defendants shall have seven days thereafter to file a response. No reply shall be filed.

Dated December 13, 2016.

_____
United States District Judge

5477750v1(63065.25)