# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff<br><br>vs.<br><br>CITY PLAN DEVELOPMENT, INC. dba SAVI CONSTRUCTION, a Nevada corporation; and ERNESTO J. SAVINO and CYNTHIA WILSON aka CYNTHIA SAVINO, Nevada individuals and individually and as husband and wife,<br><br>Defendants | No. 2:16-cv-00903<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF OLD REPUBLIC INSURANCE COMPANY TO FILE ITS REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DECLARATION OF BRENT HUNTLEY**<br><br>**(First Request)** |

Pursuant to the parties' Stipulation to Continue the Deadline for Plaintiff Old Republic Insurance Company ("Old Republic" or "Plaintiff") to file its reply in support of Plaintiff's Motion to Strike Declaration of Brent Huntley, and good cause appearing therefor;

IT IS HEREBY ORDERED that the deadline for Old Republic to file its reply to Defendants' Response to Old Republic's Motion to Strike Declaration of Brent Huntley [Dk. 100; filed on April 25, 2017] is continued from May 4, 2017 until May 12, 2017.

Dated this 2nd day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

5631151v1(63065.25)