# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, | Case No. 2:16-cv-00903-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 104) |
| CITY PLAN DEVELOPMENT, INC., et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to set status conference. Docket No. 104. Plaintiff asks the Court set a status conference to "discuss a number of outstanding disputes relating to the parties' respective damages and alleged untimely disclosure of evidence," if the settlement conference currently scheduled for May 4, 2017 is unsuccessful. *Id.* at 4. Plaintiff's motion is premature, as the settlement conference has not yet occurred. Accordingly, Plaintiff's motion to set status conference, Docket No. 104, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: May 3, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge