**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, ) | Case No. 2:16-cv-00903-JCM-NJK |
| ) | |
| Plaintiff(s), ) | ORDER |
| vs. ) | |
| ) | (Docket No. 97) |
| CITY PLAN DEVELOPMENT, INC., et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

     Pending before the Court is Plaintiff's motion to strike declaration, filed on April 11, 2017. Docket No. 97. On May 5, 2017, the parties reached a settlement agreement in this case. *See* Docket No. 106. Accordingly, Plaintiff's motion, Docket No. 97, is hereby **DENIED** as moot.

     IT IS SO ORDERED.

     DATED: May 5, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge