UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY PLAN DEVELOPMENT, INC., dba SAVI CONSTRUCTION, a Nevada corporation, et al.,<br><br>             Defendants. | 2:16-cv-903-JCM-NJK |

## **O R D E R**

On May 17, 2017, Brent D. Huntley, Esq., Attorney for Defendants, submitted a request for a copy of the audio for the Settlement Conference held on May 5, 2017. A portion of the hearing was sealed (3:50:51 - 4:05:28).

**IT IS THE ORDER OF THE COURT** that the sealed portions of the audio shall be unsealed by the Clerk for the limited purpose of providing a copy of the audio as requested by Defense counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the audio shall thereafter be resealed by the Clerk until further order of this Court.

**IT IS FURTHER ORDERED** that Defense counsel shall not disclose the sealed contents of the audio of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED: May 18, 2017

_____
UNITED STATES MAGISTRATE JUDGE