# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> CITY PLAN DEVELOPMENT, INC., et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:16-cv-00903-JCM-NJK <br><br> ORDER |

Pending before the Court is the motion for attorney Patrick Welch to appear telephonically at the upcoming status conference. Docket No. 109. The motion is hereby **GRANTED**. Mr. Welch shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: May 31, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge