# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, | Case No. 2:16-CV-903 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| CITY PLAN DEVELOPMENT, INC. dba SAVI CONSTRUCTION, et al., | |
| Defendant(s). | |

Presently before the court is defendants' motion for determination of funds to be held. (ECF No. 78).

On July 21, 2017, the parties in this case submitted a stipulation continuing the August 7, 2017, trial date because "[t]he parties reached a settlement at the May 4, 2017 settlement conference" and "[t]he parties anticipate they will need an additional ninety (90) days to finalize a written settlement agreement and for the parties to thereafter complete the settlement terms." (ECF No. 114 at 1–2).

In light of that filing, it appears the instant motion is moot, and the court will consequently deny the request. *Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986) ("District courts have inherent power to control their dockets.").

Should settlement ultimately prove unsuccessful, defendants may reassert the motion—*incorporating updated, contemporary facts*—within fourteen (14) days of the date of submission of notice to the court that the case will proceed without settlement.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion (ECF No. 78) be, and the same hereby is, DENIED, in accordance with the foregoing.

DATED July 26, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -