Charles W. Bennion (Nevada Bar No. 5582)
ELLSWORTH & BENNION, CHTD.
777 N. Rainbow Blvd., Suite 270
Las Vegas, Nevada 89107
Telephone: (702) 658-6100
Facsimile: (702) 658-2502
Email: charles@silverstatelaw.com

Patrick F. Welch (Nevada Bar No. 13278)
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911
Facsimile: (602) 495-2784
Email: pwelch@jsslaw.com

Attorneys for Plaintiff
Old Republic Insurance Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff<br><br>vs.<br><br>CITY PLAN DEVELOPMENT, INC. dba SAVI CONSTRUCTION, a Nevada corporation; and ERNESTO J. SAVINO and CYNTHIA WILSON aka CYNTHIA SAVINO, Nevada individuals and individually and as husband and wife,<br><br>Defendants | No. 2:16-cv-00903<br><br>**STIPULATED MOTION TO CONTINUE AUGUST 7, 2017 TRIAL DATE**<br><br>**(First Request)** |

Pursuant to LR 6-1, Plaintiff Old Republic Insurance Company ("Old Republic") and Defendants City Plan Development, Inc. dba Savi Construction ("Savi"), Ernesto J. Savino ("Savino"), and Cynthia Wilson aka Cynthia Savino ("Wilson"), through their respective undersigned counsel, hereby stipulate and move this Court to continue the trial set for August 7, 2017 for a period of ninety (90) days to a date convenient to the Court.

The parties reached a settlement at the May 4, 2017 settlement conference conducted

5715972v2(63065.25)

by Magistrate Judge Nancy Koppe and the written settlement agreement is being finalized. The parties anticipate they will need an additional ninety (90) days to finalize a written settlement agreement and for the parties to thereafter complete the settlement terms.

A proposed form of Order is submitted herewith.

Dated this 21st day of July, 2017.

**JENNINGS, STROUSS & SALMON, PLC**

By: */s/ Patrick F. Welch*
Patrick F. Welch (Nevada Bar No. 13278)
One East Washington, Suite 1900
Phoenix, Arizona 85004-2554
*Attorneys for Plaintiff Old Republic Insurance Company*

**SHUMWAY VAN**

By: */s/ Brent D. Huntley (with permission)*
Michael C. Van, Esq. (Nevada Bar No. 3876)
Brent D. Huntley, Esq. (Nevada Bar No. 12405)
8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

☒ I hereby certify that on July 21, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing on all attorneys of records and any nonparties who have requested notice.

☐ I hereby certify that on _____, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

By */s/ Deborah Sharp*

2

5715972v2(63065.25)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff<br><br>vs.<br><br>CITY PLAN DEVELOPMENT, INC. dba SAVI CONSTRUCTION, a Nevada corporation; and ERNESTO J. SAVINO and CYNTHIA WILSON aka CYNTHIA SAVINO, Nevada individuals and individually and as husband and wife,<br><br>Defendants | No. 2:16-cv-00903<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE**<br><br>**(First Request)** |

Pursuant to the parties' Stipulated Motion to Continue the August 7, 2017 trial date, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion is granted and the August 7, 2017 trial date is continued until **November 13, 2017 at 9:00 a.m.**, with calendar call continued until **November 8, 2017 at 1:30 p.m.**

Dated July 31, 2017.

IT IS SO ORDERED:

_____
United States District Judge

5715990v2(63065.25)