IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff<br><br>vs.<br><br>CITY PLAN DEVELOPMENT, INC. dba SAVI CONSTRUCTION, a Nevada corporation; and ERNESTO J. SAVINO and CYNTHIA WILSON aka CYNTHIA SAVINO, Nevada individuals and individually and as husband and wife,<br><br>Defendants | No. 2:16-cv-00903-JCM-NJK<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE BRIEFING DEADLINE RE SETTLEMENT AGREEMENT**<br><br>(Docket No. 118) |

Pursuant to the Parties' Stipulated Motion to Continue Briefing Deadline Re Settlement Agreement, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion is granted and the briefing deadline regarding the Parties' settlement agreement will be continued to August 14, 2017.

Dated this 7th day of August, 2017.

IT IS SO ORDERED:

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

5736083v1(63065.25)