# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff<br><br>vs.<br><br>CITY PLAN DEVELOPMENT, INC. dba SAVI CONSTRUCTION, a Nevada corporation; and ERNESTO J. SAVINO and CYNTHIA WILSON aka CYNTHIA SAVINO, Nevada individuals and individually and as husband and wife,<br><br>Defendants | No. 2:16-cv-00903<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE BRIEFING DEADLINE RE SETTLEMENT AGREEMENT**<br><br>**(Second Request)**<br><br>(Docket No. 120) |

Pursuant to the Parties' Stipulated Motion to Continue Briefing Deadline Re Settlement Agreement, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion is granted and the briefing deadline regarding the Parties' settlement agreement will be continued to August 28, 2017.

Dated this <u>14th</u> day of August, 2017. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
United States Magistrate Judge

5742777v1 (63065.25)