# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, | Case No. 2:16-cv-00903-JCM-NJK |
| Plaintiff, | |
| vs. | ORDER |
| CITY PLANNING DEVELOPMENT, INC., et al., | |
| Defendant(s). | |

Pending before the Court is the Parties' Motion for *In Camera* Review of Briefing on Settlement Documents. Docket No. 122. The Court hereby **GRANTS** the Motion and **ORDERS** the Parties to submit their briefing documents to the undersigned's box in the Clerk's Office for *in camera* review, no later than August 30, 2017.

IT IS SO ORDERED.

DATED: August 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge