IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>　vs.<br>CITY PLAN DEVELOPMENT, INC.<br>　　　　Defendant. | Case No. 2:16-903-JCM-NJK<br><br>**ORDER TEMPORARILY UNSEALING TRANSCRIPT** |

On October 5, 2017, Katherine Eismann, Official Court Reporter, received a Transcript Order from Patricl F. Welch, counsel for plaintiff, requesting a transcript of the sealed hearing May 4, 2017, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 5th day of October 2017.

_____
NANCY J. KOPPE
U.S. District Court Magistrate Judge