# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff<br><br>vs.<br><br>CITY PLAN DEVELOPMENT, INC. dba SAVI CONSTRUCTION, a Nevada corporation; and ERNESTO J. SAVINO and CYNTHIA WILSON aka CYNTHIA SAVINO, Nevada individuals and individually and as husband and wife,<br><br>Defendants | No. 2:16-cv-00903<br><br>**ORDER GRANTING STIPULATED MOTION TO VACATE TRIAL DATE**<br><br>**(First Request)** |

Pursuant to the parties' Stipulated Motion to Continue the November 13, 2017 trial date, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion is granted and the November 13, 2017 trial date is hereby vacated.

Dated November 1, 2017.

IT IS SO ORDERED:

*/s/ James C. Mahan*
United States District Judge

5819745v1(63065.25)