# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, | Case No. 2:16-cv-00903-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| CITY PLAN DEVELOPMENT, INC., et al., | |
| Defendant(s). | |

Before the Court is Plaintiff's response to the Court's order to show cause. Docket No. 141; *see also* Docket No. 139 (order to show cause). Plaintiff no longer requests sealing of the documents at Docket No. 131. *See* Docket No. 141. The Court therefore **INSTRUCTS** the Clerk's Office to unseal the documents in Docket No. 131.

IT IS SO ORDERED.

DATED: November 15, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge